UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK
------------------------------------------------------------x

BEN HUR MOVING & STORAGE, INC.,                    Docket #: 08 CIV 6572 (JGK)

                Plaintiff,

- against -

THE BETTER BUSINESS BUREAU OF                      **AFFIDAVIT OF**
METROPOLITAN NEW YORK INCORPORATED,                **SERVICE**
THE BETTER BUSINESS BUREAU, INC., d/b/a
THE BETTER BUSINESS BUREAU SERVING
METROPOLITAN NEW YORK, d/b/a BBB OF
METROPOLITAN NEW YORK, INC. a/k/a BBB,
a/k/a BETTER BUSINESS BUREAU, a/k/a THE
BETTER BUSINESS BUREAU OF THE
STATE OF NEW YORK, INC.

                Defendants.

------------------------------------------------------------x

STATE OF NEW YORK         )
                          ) s.s.:
COUNTY OF NEW YORK        )

    I, Tara Rocker, am over 18 years of age and I am not a party to this action. I reside in the City, County and State of New York.

    On July 25, 2008, I served a true copy of the annexed ORDER TO SHOW CAUSE and SUMMONS AND COMPLAINT upon Defendant by hand delivering same to Tony Barbera, Manager of Information and Investigations of the Better Business Bureau of Metropolitan NY, Inc., whose offices are located at 257 Park Ave South, 4th Floor, New York, NY 10010.

Dated: New York, New York
       July 25, 2008

                                        _____
                                        Tara Rocker

Sworn to before me on this
25th day of July, 2008

                                  GIL SANTAMARINA
                                Notary Public, State of New York
                                    No. 02SA5020068
_____    Qualified in New York County
Notary Public                    Commission Expires 11/02/09