UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BEN HUR MOVING & STORAGE, INC.,       08-CIV-6572 (JGK)

          Plaintiff,           **<u>SUPPLEMENTAL AFFIDAVIT</u>**

  - against -

THE BETTER BUSINESS BUREAU OF
METROPOLITAN NEW YORK INCORPORATED,
THE BETTER BUSINESS BUREAU, INC., d/b/a
THE BETTER BUSINESS BUREAU SERVING
METROPOLITAN NEW YORK, d/b/a BBB OF
METROPOLITAN NEW YORK, INC. a/k/a BBB,
a/k/a BETTER BUSINESS BUREAU,

          Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK    )
                ) s.s.:
COUNTY OF NEW YORK  )

      ALON MODLIN, being duly sworn, deposes and says:

      1.     I am the President of BEN HUR MOVING & STORAGE, INC., ("Ben Hur")
and, as such, am fully familiar with the facts and circumstances of this matter.

      2.     I submit this Supplemental Affidavit in further support of Ben Hur's instant
application for an injunction directing the Defendants (collectively, "BBB") to put "under
review" of "record unavailable" under the name Ben Hur on their website. I note as an initial
matter that the BBB previously put such a listing under Ben Hur's name on its website; clearly it
would not be prejudiced by doing so again. A copy of a print out of the BBB's website from
June 6, 2007 stating "no report is available at this time" under Ben Hur's name is annexed hereto
as Exhibit "A".

      3.     As I emphasized in my moving Affidavit, the BBB maintains a policy of
fraudulently concealing complaints it receives against BBB member businesses while

immediately publishing all complaints it receives concerning companies that are not BBB member businesses. I'm submitting this affidavit to provide proof of this disparate treatment for the court's consideration.

4.      Annexed hereto as Exhibit "B" is a print-out of the BBB's website indicating that the BBB received only **one complaint** against the Plaintiff from 2002 to 2005, a period during which it was a BBB member.

5.      The truth is that during this same period, BBB received more complaints about Ben Hur than they revealed to the public; they concealed them in exchange for Ben Hur's payment of fees to the BBB. Indeed, the BBB sent me proof that they received **95 complaints** against Ben Hur from 2003 to 2005. A sample of 10 such complaints is annexed hereto as Exhibit "C", the remainder can be produced at the appropriate time.

6.      Indeed, the New York BBB and the Better Business Bureaus of other states specifically represent to the public that they report all complaints they receive equally and otherwise do not distinguish between those businesses that are members of the BBB and those that are not. Annexed hereto as Exhibit "D" is a print out from the websites of the Connecticut BBB, New Jersey and New York BBB in the *Frequently Asked Questions* part of their websites.

7.      This Court will note that all three states contain the following questions and answers:

"Doesn't the BBB report only on its accredited businesses [i.e., BBB members]?

No. BBBs issue reports on accredited businesses and non accredited businesses alike. We, as a matter of policy . . . apply the same standards to reporting on businesses, regardless of their accredited business status....

If all your funding comes from [BBB member] businesses, how can you be fair to the consumer?

The BBB's value to the business community is based on our neutrality. Our purpose is not to act as an advocate for businesses or consumers, but to act as a mutually trusted intermediary to resolve disputes, to facilitate communication, and to provide information on ethical business practices.

How can a BBB be unbiased when it gets a complaint about an accredited business?

The BBBs integrity is on the line every time we review and process a complaint. If we were to favor an accredited business over a non-accredited business in a complaint, such action would destroy our most valuable asset – the public trust... Our accredited businesses support us because they know we will act as a neutral third party, giving them an opportunity to learn of and respond to customer problems.

While the BBB is supported by the dues paid by accredited businesses, it remains impartial...

Exhibit "D", BBB *Frequently Asked Questions* for New York, New Jersey and Connecticut, emphasis added.

8.    While the BBB's of other states may adhere to these goals of "neutraility" and not "favor[ing] accredited business[es] over a non-accredited business[es]," submitted herewith is uncontravertible evidence that this is not the case with the New York BBB Defendants in this action.

9.    Finally, it should be noted that the BBB is used as a marketing and sales tool in the moving business. As a sales pitch, estimators seeking to book moving jobs request that potential customers review the BBB's website to review their company's "complaint" record and that of their competitors. The BBB's reports of a company's complaint history are consequently crucial to a moving company's success or failure. In this case, Ben Hur's competitors who are members of the BBB have an unfair business advantage over Ben Hur since their complaint record with the BBB will appear to be better than Ben Hur's when the exact opposite may be the case.

**WHEREFORE**, I respectfully request that this Court issue an Order consistent with the relief requested herein, and that this Court grant Plaintiff such different and further relief as this Court deems just and proper.

_____
ALON MODLIN

Sworn to before me on the

____7th____ day of August 2008

_____
NOTARY PUBLIC

**GIL SANTAMARINA**
Notary Public, State of New York
No. 02SA5020068
Qualified in New York County
Commission Expires ____11/69/69____

**Exhibit A**



Get 2-HOUR Delivery!
1-800-273-0000 **mattress.com**

english / espanol

 

**Better Business Bureau**
serving metropolitan new york, mid-hudson and long island regions

SEARCH

DONATE

ABOUT THE BBB

| research | participate | report a problem |
|---|---|---|

| Reports | Charities | BBB Members | Publications | Outside Resources | Alerts |

Home / Research / Reports / Business Reports

◄ SEARCH THE NATIONAL DATABASE
◄ MORE ABOUT BBB MEMBERSHIP

SEARCH IN ESPANOL

NEW SEARCH

BACK TO SEARCH RESULTS

# business reports

✉ **Printer Version**

**BEN HUR MOVING & STORAGE, INC.**
327 Walnut Avenue
Bronx, NY 10454
View Location Map

**Original Business Start Date:** 1/1/1990
**Principal:** Alon Modlin, President
**Phone Number:** (718) 742-4444
**Additional Phone Numbers:**
   (718) 401-0671    (718) 401-0671    (212) 595-3040
   (718) 401-0671    (212) 595-3000    (212) 595-3119

**Fax Number:** (718) 401-8009
**Website:** www.benhur.com
**Type of Business:** Storage-Household & Commercial, Movers

*The Bureau's report on this business is currently being updated, and no report is available at this time. Please check this site in approximately four to six weeks.*

**Report as of:** 6/5/2007

Copyright © 2007 BBB of Metropolitan New York, Inc.

As a matter of policy, the Better Business Bureau does not endorse any product, service, or company. BBB reports generally cover a three-year reporting period, and are provided solely to assist you in exercising your own best judgment. Information contained in this report is believed reliable but not guaranteed as to accuracy. Reports are subject to change at any time.

The Better Business Bureau reports on members and non-members. Membership in the BBB is voluntary, and members must meet and maintain BBB standards. If a company is a member of the BBB, it is stated in this report.

RESEARCH / PARTICIPATE / REPORT A PROBLEM / privacy policy / find another BBB / contact us
© 2006 Better Business Bureau Serving Metropolitan New York, Mid-Hudson and Long Island Regions
design and technology by Blenderbox, Inc.

# Exhibit B



## BBB of Metropolitan New York, Inc.
*Serving New York City, Long Island & the Mid-Hudson Region*





# business reports

◀ SEARCH THE NATIONAL DATABASE

◀ MORE ABOUT BBB MEMBERSHIP

🖶 Printer Version



[ BACK TO SEARCH RESULTS ]

**BEN HUR MOVING & STORAGE, INC.**
140 West 83rd Street
New York, NY 10024
View Location Map

**Original Business Start Date:** 1/1/1990
**Principal:** Alon Modlin, President
**Phone Number:** (718) 742-4444
**Additional Phone Numbers:**
   (718) 401-8009   (718) 401-0671   (718) 401-0671
   (212) 595-3040   (718) 401-0671
**Fax Number:** (718) 401-8009
**Website:** www.benhur.com
**Type of Business:** Storage-Household & Commercial

The information in this report has either been provided by the company, or has be
compiled by the Bureau from other sources.

### Nature Of Business

This firm specializes in residential and commercial moving and also offers storage
and related services.

### Customer Experience

Based on BBB files, this business has a satisfactory record with the Bureau. A "sat
record" means that a company has been in business for at least 12 months, and h
properly addressed complaints referred to it by the Bureau. The business cannot h
unusual volume or pattern of complaints, or any government actions against it inv
marketplace conduct. The Bureau must understand and have no concerns about t
business's products, services and type of business.

The company's size, volume of business, and number of transactions may have a
on the number of complaints received by the BBB. The number of complaints filed
a company may not be as important as the type of complaints, and how the comp
handled them. The BBB generally does not pass judgment on the validity of comp
filed.

**Complaint Outcome Statistics:**

| COMPLAINT OUTCOME | LAST 12 MONTHS | LAST 12..36 MONTHS | TOT |
|---|---|---|---|
| Resolved<br>*Consumer received the requested resolution* | 0 | 1 | |

| TOTAL | 0 | 1 | |
|-------|---|---|---|

**Complaint Issues:**

*Please understand that complaints may concern more than one issue*

| COMPLAINT ISSUE | LAST 12 MONTHS | LAST 12..36 MONTHS | TO |
|-----------------|----------------|--------------------|-----|
| Contract Disputes | 0 | 1 | |
| **TOTAL** | **0** | **1** | |

## Additional Information

PLEASE NOTE: Ben Hur Relocation Services, Inc. located at the same address, is a member of the BBB. A separate report is available on this firm.

**Report as of:** 12/8/2005

Copyright © 2005 BBB of Metropolitan New York, Inc.

As a matter of policy, the Better Business Bureau does not endorse any product, s or company. BBB reports generally cover a three-year reporting period, and are p solely to assist you in exercising your own best judgment. Information contained i report is believed reliable but not guaranteed as to accuracy. Reports are subject change at any time.

The Better Business Bureau reports on members and non-members. Membership BBB is voluntary, and members must meet and maintain BBB standards. If a com member of the BBB, it is stated in this report.

# Exhibit C



# Better Business Bureau ®

*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500    Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

| | |
|---|---|
| *Primary Name of Business* | Ben Hur Moving & Storage, Inc. |
| *Business Address* | 140 West 83rd Street, New York, NY 10024 |
| *Main Business Phone* | (718) 742-4444 |
| *Information from Consumer* | Additional Firm Info:<br>-Phone No: 7187424444<br>-Web Site: http://www.benhur.com |

| | |
|---|---|
| *Consumer Name* | Rory Frazier |
| *Consumer Address* | 4512 S Someran Blvd, Orlando, FL 32822 |
| *Consumer Phone* | Day  (917) 270-8932        Night   -- |

| | | | |
|---|---|---|---|
| *Dates:* Purchased | 09/23/2004 | | |
| Problem First Occurred | 10/05/2004 | *Purchase Price* | $0.00 |
| Complaint Received | 10/05/2004 | *Amount in Dispute* | $0.00 |
| Complaint Closed | 11/04/2004 | | |

*Closing Status*    In Conciliation

*Customer Service Rep*

*Product or Service*    delivery of furniture from new york to orlando, fl

*Additional Purchase Information*

Additional Purchase Info:
-Model No: 118865
-Payment Made: Partial Payment Made
Dates Complained to Firm: 10/5/2004
Customer Service Rep: Dr. Alon Modlin

*Description of Problem*

I was given several dates of delivery from date that my
furniture was pick up, which was september 23, 2004. I was told
when I first called for an estimate that delivery was within
3-7 from date of pickup, at the time of pick up was given a
delivery within 8-10 days, and now that time frame has past, I
called on Monday, october 4,2004 and was told by lewis, the
gentleman that I originally spoke with during the time I was
seeking an esitmate, who first said that delivery would be
anywhere from 3-7 days from date of pick-up date has now

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 month
the Bureau's standard reporting period.

BBB Case No.   613665                Date Printed   01/06/2006        Mediator:  Burton Strumpf



# Better Business Bureau ®

*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500    Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

informed me that delivery is between 8-14 days and that I
should call Monique, the person in charge of long distance
delivery. I called and spoke to Monique on Tuesday, October 5,
2004 to find out where my furniture is and was told that my
furniture would be going out tonight (October 5, 2004) and that
I would then be receiving my furniture in 4 to 5 days from
tomorrow. Now this company has had my furniture since
September 23, 2004 and it is just now supposedly being shipped
on tonight. I called on Tuesday evening and requested to speak
to the manager of this company, and after what little research
he did, he was unable to come up with any answers and suggested
that I call back on tomorrow, Wednesday, October 6, 2004. He
would have to speak to Monique who is in charge of long distant
shipments to investigate the matter further to find out what
the problem is. I am very upset with all the different
dates,that they have given me. I feel as though this company
has been very deceiving in getting my business. all I want is
my furniture.

### Settlement Sought

Other (requires explanation) - I want my furniture and I feel that service was not what they
guaranteed and should receive a discount off of what they
actually charged me for their uneffienct services.

### Business Response

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 month
the Bureau's standard reporting period.

BBB Case No.   613665                    Date Printed   01/06/2006          Mediator:  Burton Strumpf



# Better Business Bureau ®
## *Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500    Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

| | |
|---|---|
| *Primary Name of Business* | Ben Hur Moving & Storage, Inc. |
| *Business Address* | 140 West 83rd Street, New York, NY 10024 |
| *Main Business Phone* | (718) 742-4444 |
| *Information from Consumer* | Additional Firm Info:<br>-Phone No: 7187424444<br>-Web Site: http://www.benhur.com |

| | |
|---|---|
| *Consumer Name* | Dorothee ASHBY |
| *Consumer Address* | 2373 Broadway Apt 2006, New York, NY 10024 |
| *Consumer Phone* | Day  (212) 761-6691          *Night*   -- |

| | | | |
|---|---|---|---|
| *Dates:  Purchased* | 03/26/2004 | | |
| *Problem First Occurred* | | *Purchase Price* | $0.00 |
| *Complaint Received* | 09/29/2004 | *Amount in Dispute* | $0.00 |
| *Complaint Closed* | 12/16/2004 | | |

| | |
|---|---|
| *Closing Status* | In Conciliation |
| *Customer Service Rep* | |
| *Product or Service* | Moving Company - move of an apt |
| *Additional Purchase Information* | |

Additional Purchase Info:
-Model No: J#111413
-Payment Made: No
Dates Complained to Firm: 5/1/2004, 6/29/2004
Customer Service Rep: Mrs. Ana REYNOSO

*Description of Problem*

Here is the chain of events:-6/1/04 Claim sent in-6/29/04
called BenHur asking for claim status; settlement is being sent
this week; -7/12/04 called again; was told to call Ana on 7/13
718 742-4444 at 12pm; -7/13 5h22pm left vmail for ana on ;
-7/14 11h22am left 2nd vmail ; called again 7/14 17h20; no one
there. told to call back 7/15 at 9am. -7/19 9h52am  Left
vmail for Sadiq ; called again and spoke with sadiq on 7/19 1pm
- said he was still trying to retrieve  my file. would call me
back within 2 hours (so before 3pm on 7/19)-7/19 4pm spoke with

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 months
the Bureau's standard reporting period.

| | | |
|---|---|---|
| BBB Case No.  612931 | Date Printed  01/06/2006 | Mediator:  Burton Strumpf |



# Better Business Bureau ®

*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500   Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

sadiq. apparently they are still working on settlement. give
them til the end of the month (7/30) and then I should receive
something in the mail-7/20 pm msg from Sadiq to call on
Friday 7.24 to get an update.-7.23 2h32pm called asking for
ana who is not taking any calls. sadiq on the phone. left a
msg for either one to call me back asap. 3h54pm called again.
left yet another message for Ana to call me (sadiq had left for
the day).7/25/04 received settlement form for $93. which was
mailed on 7/21.8/4/04 sent release form back to Ana, signed and
notarized. Also alerted Ana via email that form was on its
way. 8/15 I received check; but no authorized signature8/20
send image of check back to Ana, theyre to issue a new
check9/5/04 Spoke with Ana, still waiting on her boss to sign
it.9/10 Spoke with Ana; still waiting on her boss to sign new
check9/15/04 boss wants actual check returned; UPS check to Ana
(Track #1z7621ar221008853)9/16/04 check received; email from
Ana saying she is sending the new check out today.9/22/04 sent
Ana an email & a vmail asking status, as I have yet to receive
anything.9/27/04 send Ana another email asking for status;
still no response9/29/04 sent 3d inquiry, informing them of
complaint being lodged with better business bureau

### Settlement Sought

Other (requires explanation) - I would just like for them to re-issue the check for $93 with
authorized signature as they promised to do.

### Business Response

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 month:
the Bureau's standard reporting period.

BBB Case No.   612931                    Date Printed   01/06/2006        Mediator:  Burton Strumpf



# Better Business Bureau ®
*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500   Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

| | |
|---|---|
| *Primary Name of Business* | Ben Hur Moving & Storage, Inc. |
| *Business Address* | 140 West 83rd Street, New York, NY 10024 |
| *Main Business Phone* | (718) 742-4444 |
| *Information from Consumer* | Additional Firm Info: |
| | -Phone No: 7187424444 |
| | -Web Site: http://www.benhur.com |

| | |
|---|---|
| *Consumer Name* | Laura LaScala |
| *Consumer Address* | 3289 Sand Court, Melbourne Beach, FL 32951 |
| *Consumer Phone* | Day  (321) 409-5563       Night  (321) 409-5563 |

| | | | |
|---|---|---|---|
| *Dates:* | *Purchased* | 08/13/2004 | |
| | *Problem First Occurred* | 09/02/2004 | *Purchase Price*   $0.00 |
| | *Complaint Received* | 10/06/2004 | *Amount in Dispute* $175.00 |
| | *Complaint Closed* | 12/16/2004 | |

| | |
|---|---|
| *Closing Status* | In Conciliation |
| *Customer Service Rep* | Lewis |
| *Product or Service* | Move Personal Goods to Florida |
| *Additional Purchase Information* | |

Additional Purchase Info:
-Payment Made: Yes
-Payment Method: Cash
Dates Complained to Firm: 9/2/2004, 9/8/2004, 9/15/2004
Customer Service Rep: Lewis-Monique- Tsuri

*Description of Problem*

Delivery was from New York to Florida and promised in 3 weeks
at the outside.  Delivery date was finally set by Roman the
driver on September 2, 2004 the day before Hurricane Frances
hit Florida.  I accepted this date, however, on September 2,
2004 Roman informed me that he could not deliver because my
shipment was in the middle of the truck and he was not going to
move out other shipments to get to mine to make the delivery he
promised.  He said he could maybe come on Sept 5th, but due to
the Hurricane he could not deliver that day either, and he

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 month
the Bureau's standard reporting period.

BBB Case No.   613734          Date Printed   01/06/2006          Mediator:  Burton Strumpf



# Better Business Bureau ®

*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500   Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

stored the shipment in Miami.  Two weeks later I got a call from the main office in NY from Monique who said that unless I paid $175 in storage fees, they would not deliver. They suggested that if I did not want to pay the storage fee I could hire another company to pick up my shipment in Miami.  Roman the driver called to schedule delivery on Sept 28 and to be sure I was going to pay the $175 in cash or money order.  I agreed so as to finally get my shipment.Complaint 1 - It took 5-1/2 weeks to get my shipment - not the promised 3weeks. Complaint 2-Storage was their choice not mine since I accepted delivery on 9/2 but Roman did not want to re-arrange the load.Complaint 3-Noone ever returned my calls from the main office to discuss complaint 2.I would like to be reimbursed the $175 storage fee, which I feel I did not owe, but had to pay in order to get my shipment.

*Settlement Sought*

Refund - Refund of $175 storage fee I paid just to get my shipment.

*Business Response*

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 month the Bureau's standard reporting period.

BBB Case No.   613734                    Date Printed   01/06/2006          Mediator:  Burton Strumpf



# Better Business Bureau ®

*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500   Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

| | |
|---|---|
| Primary Name of Business | Ben Hur Moving & Storage, Inc. |
| Business Address | 140 West 83rd Street, New York, NY 10024 |
| Main Business Phone | (718) 742-4444 |
| Information from Consumer | Additional Firm Info:<br>-Phone No: 7187424444<br>-Web Site: http://www.benhur.com |

| | |
|---|---|
| Consumer Name | Rahul Sharma |
| Consumer Address | 2400 W El Camino Real, Apt 312, Mountain View, CA 94040 |
| Consumer Phone | Day  (347) 866-0625          Night  -- |

| Dates: | Purchased | 08/28/2003 | | |
|---|---|---|---|---|
| | Problem First Occurred | 09/18/2003 | Purchase Price | $2,154.43 |
| | Complaint Received | 10/21/2003 | Amount in Dispute | $320.00 |
| | Complaint Closed | 01/22/2004 | | |

| | |
|---|---|
| Closing Status | In Conciliation |
| Customer Service Rep | |
| Product or Service | moving services from East Coast to West Coast |

Additional Purchase Information

    Additional Purchase Info:
    -Account No: 106070
    -Payment Made: Yes
    -Payment Method: Money Order
    Dates Complained to Firm: 9/18/2003, 9/23/2003, 10/3/2003
    Customer Service Rep: Mr. Ofer

*Description of Problem*

    Ben Hur (BH) picked up my goods on 8/28 and promised to deliver
    them within 3 weeks. There were 2 pick-up points and 2
    delivery points. The 1st delivery address was given on 8/28.
    The delivery should have been made by 9/18. It was made on
    9/23; 2 boxes were not delivered. Those arrived on 10/4 with
    the 2nd delivery. The 2nd delivery was on time, as the 2nd
    address was given on 9/16. However, most of the boxes in the
    1st delivery were 5 days late, and 2 of the boxes (including

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 month:
the Bureau's standard reporting period.

| | | |
|---|---|---|
| BBB Case No.   575529 | Date Printed   01/06/2006 | Mediator:  Burton Strumpf |



# Better Business Bureau ®

*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500    Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

the biggest one with the most clothes) were 16 days late. Up
until 10/3, BH had agreed to give a discount for 1% per day
late for the delay.  On 10/3, I called BH to arrange for the
discount before the delivery on 10/4.  BH's rep (Ofer) did not
call me back until 6 hours later, at 6pm (it was friday), all
others were gone from BH's office.  He then turned hostile,
claiming that no discount was due because the 1st pick-up and
1st delivery were a courtesy that were being given for free.
This was not what was told to us when we signed the original
contract; we were given a binding price and we agreed to let BH
move us, according to the terms that we had agreed on.  This
included both pick-ups and both deliveries.  He said if full
payment was not made on 10/4, then goods would not be delivered
and driver would head back to East Coast.  He then claimed a
second delivery charge would be made if driver left without
payment and without delivering the goods.  When told the BBB
would be notified of these customer service practices, he
taunted 'Go ahead'.  I am seeking 1% of the bill ($2154) per day
late (16 days for some of the boxes).  This is a discount of
$320. Also, one dresser (worth $200) was damaged in the
delivery, but I am going thru the BH claims process to receive
payment for that.

*Settlement Sought*

Refund - I am asking for a refund of $320, 1% of the overall bill for
every day late.

*Business Response*

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 months
the Bureau's standard reporting period.



# Better Business Bureau ®
## *Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500   Fax: 212-477-4912
www.newyork.bbb.org

### BBB of New York Department of Information and Investigations

| | |
|---|---|
| *Primary Name of Business* | Ben Hur Moving & Storage, Inc. |
| *Business Address* | 140 West 83rd Street, New York, NY 10024 |
| *Main Business Phone* | (718) 742-4444 |
| *Information from Consumer* | Additional Firm Info: |
| | -Phone No: 7187424444 |
| | -Web Site: www.benhur.com |

| | |
|---|---|
| *Consumer Name* | Vincent Sama |
| *Consumer Address* | 1619 3rd Avenue Apt # 19G, New York, NY 10128 |
| *Consumer Phone* | *Day* (917) 364-8883        *Night* (212) 828-1180 |

| *Dates:* | | |
|---|---|---|
| Purchased | 03/01/2003 | |
| Problem First Occurred | 03/01/2003 | *Purchase Price* $1,734.00 |
| Complaint Received | 08/02/2003 | *Amount in Dispute* $1,734.00 |
| Complaint Closed | 01/22/2004 | |

| | |
|---|---|
| *Closing Status* | In Conciliation |
| *Customer Service Rep* | Ms. Monique |
| *Product or Service* | A move |

*Additional Purchase Information*

Additional Purchase Info:
-Payment Made: Yes
-Payment Method: Cash
Dates Complained to Firm: 3/1/2003, 4/17/2003, 5/26/2003
Customer Service Rep: Monique ?

*Description of Problem*

REal Simple, April 1st, they moved furnature in my apartment,
damaged my floor, in which I submitted pictures, and an
estimate of $1734 from the contractor that originally sanded
and stained my floor.  After chasing them for 2 months, they
offered my $250.  $1734 from the contractor, $250 from them.
there is a 30 foot scratch on my wood floor in my apartment
that Ben Hur inflicted the day of the move.  THIS IS MY SECOND
APPLICATION.  I PUT ONE IN JUNE 1ST AND HAVE HEARD NOTHING.

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 month
the Bureau's standard reporting period.

BBB Case No.    576345              Date Printed    01/06/2006        Mediator:  Burton Strumpf



# Better Business Bureau ®

*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500   Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

*Settlement Sought*

Other (requires explanation) - To honor my estimate, this is not a negotiation, they damaged the floor, they pay.

*Business Response*

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 month the Bureau's standard reporting period.

BBB Case No.   576345                    Date Printed   01/06/2006          Mediator:  Burton Strumpf



# Better Business Bureau ®
*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500   Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

*Primary Name of Business*    Ben Hur Moving & Storage, Inc.
*Business Address*    140 West 83rd Street, New York, NY 10024
*Main Business Phone*    (718) 742-4444
*Information from Consumer*    Additional Firm Info:
    -Phone No: 7184010671
    -Web Site: www.benhur.com

*Consumer Name*    Chris Stefanadis
*Consumer Address*    1617 Fannin, Apt 2706, Houston, TX 77002
*Consumer Phone*    *Day* (281) 536-1724    *Night* (713) 654-0076

*Dates:* *Purchased*    06/27/2003
    *Problem First Occurred*  08/24/2003    *Purchase Price*    $0.00
    *Complaint Received*    09/24/2003    *Amount in Dispute* $0.00
    *Complaint Closed*    01/27/2004

*Closing Status*    In Conciliation
*Customer Service Rep*
*Product or Service*    Moving Services
*Additional Purchase Information*

    Additional Purchase Info:
    -Payment Made: Yes
    -Payment Method: Cash
    Dates Complained to Firm: 8/29/2003, 9/3/2003, 9/22/2003
    Customer Service Rep: Mr. Ofer

*Description of Problem*

    I moved from New York to Houston in June 2003. Ben Hur picked
    up my furniture and boxes on June 27th, 2003, and promised to
    deliver within a short time. On June 27th, 2003, Ben Hur
    collected 60 percent of its fee. The rest 40 percent was to be
    collected upon delivery. Ben Hur delivered some pieces of
    furniture on August 25th, 2003, but failed to deliver a desk
    and my boxes, which contain some very essential items.
    However, Ben Hur collected the remaining balance (40 percent of
    the overall fee) by giving me a false receipt that the boxes had

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 month: the Bureau's standard reporting period.

BBB Case No.    572018    Date Printed   01/06/2006    Mediator: Burton Strumpf



# Better Business Bureau ®

*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500   Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

already been shipped through Fed Ex. Still, until today,
September 24th, 2003, the boxes have not been shipped
yet.Having collected the remaining balance, Ben Hur no longer
has an incentive to ship the boxes and refuses to give me any
information on its delivery plans. I have called or e-mailed
Ben Hur numerous times, but Ben Hur has either failed to return
my calls and e-mails or has repeatedly given false promises to
deliver within one or two days.As a result of Ben Hur's
actions, I have had to live on the bare necessities in Houston
and buy several new items. Furthermore, I had to teach an
economics course at Rice University (which is my employer)
without my notes, which are still in the boxes. And, of
course, I still have no idea whether or when I am going to see
my belongings again.

*Settlement Sought*

Other (requires explanation) - Ben Hur must deliver my belongings immediately. Furthermore,
because Ben Hur's actions constitute a flagrant violation of
our contract terms, Ben Hur must provide me with a monetary
compensation.

*Business Response*

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 months
the Bureau's standard reporting period.

BBB Case No.   572018          Date Printed   01/06/2006       Mediator:  Burton Strumpf



# Better Business Bureau ®

*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500    Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

| | |
|---|---|
| *Primary Name of Business* | Ben Hur Moving & Storage, Inc. |
| *Business Address* | 140 West 83rd Street, New York, NY 10024 |
| *Main Business Phone* | (718) 742-4444 |
| *Information from Consumer* | Additional Firm Info: |
| | -Phone No: 7187424444 |
| | -Web Site: http://www.benhur.com |

| | |
|---|---|
| *Consumer Name* | Todd Shapiro |
| *Consumer Address* | 162 Dezenzo Lane, West Orange, NJ 07052 |
| *Consumer Phone* | *Day* (267) 257-1634    *Night* — |

| | | | |
|---|---|---|---|
| *Dates:* Purchased | 09/02/2003 | | |
| Problem First Occurred | 09/16/2003 | *Purchase Price* | $1,290.00 |
| Complaint Received | 11/17/2003 | *Amount in Dispute* | $1,600.00 |
| Complaint Closed | 01/27/2004 | | |

| | |
|---|---|
| *Closing Status* | In Conciliation |
| *Customer Service Rep* | Ms. Monique Cline |
| *Product or Service* | Moving from Los Angeles to New Jersey |

*Additional Purchase Information*

Additional Purchase Info:
-Model No: job# 106784
-Payment Made: Yes
-Payment Method: Cash
Dates Complained to Firm: 9/25/2003, 10/15/2003, 11/10/2003
Customer Service Rep: Ms. Monique Cline

*Description of Problem*

I moved from LA to NJ and insured my furniture for full amount
at purchase if anything is damaged. It was all damaged upon
arrival, I filled out the proper claim forms, sent receipts,
and waited. I received a letter saying they received my claim.
After that I haven't heard anything. I've called every day
for the past month and I am constantly put through to voice
mail, put on hold, or told that this person is out. It has now
been close to 3 months since my move, I have been contacting

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 months the Bureau's standard reporting period.

BBB Case No.   578798          Date Printed   01/06/2006     Mediator: Burton Strumpf

# Better Business Bureau ®

*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500   Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

them for over a month and have never even spoken to the
customer service woman once.  What is the point of puchasing
insurance if they do not stand up to their part of the deal.

*Settlement Sought*

Refund - I want them to hold their end of the bargain.  I had 3 pieces
of furniture ruined that cost me around $1600 less than a year
ago, and I had boxes delivered soaking wet with everything in
them ruined.  I want the replacement value for the furniture.

*Business Response*

—

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 month:
the Bureau's standard reporting period.

BBB Case No.   578798          Date Printed   01/06/2006          Mediator:  Burton Strumpf



# Better Business Bureau ®

*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500    Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

| | |
|---|---|
| *Primary Name of Business* | Ben Hur Moving & Storage, Inc. |
| *Business Address* | 140 West 83rd Street, New York, NY 10024 |
| *Main Business Phone* | (718) 742-4444 |
| *Information from Consumer* | Additional Firm Info:<br>-Phone No: 7187424444<br>-Web Site: http://www.benhur.com |

| | |
|---|---|
| *Consumer Name* | Akida Edwards |
| *Consumer Address* | 712 Kenilworth Circle #200, Heathrow, FL 32746 |
| *Consumer Phone* | Day  (407) 333-2303          *Night*  -- |

| | | | |
|---|---|---|---|
| *Dates:*  Purchased | 10/23/2003 | | |
| Problem First Occurred | 11/08/2003 | *Purchase Price* | $0.00 |
| Complaint Received | 12/01/2003 | *Amount in Dispute* | $0.00 |
| Complaint Closed | 02/05/2004 | | |

*Closing Status*                    In Conciliation

*Customer Service Rep*

*Product or Service*                Residential Move

*Additional Purchase Information*

Additional Purchase Info:
-Payment Made: Yes
-Payment Method: Cash
Dates Complained to Firm: 11/8/2003, 11/18/2003, 11/25/2003
Customer Service Rep: Mr. Orfer Would not provid

*Description of Problem*

The items were to be delivered the 16th of Nov. I called and
asked why they havent left & I was told it was none of my
business and there was nothing I could do. The Manager then put
me on hold and left the building. Upon delivery the driver
would not drive to my apartment or unload into my apartment,
the driver put all the heavy boxes in my truck and I had to
unload my self. I paid for him to unload. He told me it was not
his resposibility & if I wanted to give him $100.00 he would
drive to my apartment and help out.The manager describes

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 month
the Bureau's standard reporting period.

BBB Case No.    580157                    Date Printed    01/06/2006          Mediator:  Burton Strumpf



# Better Business Bureau ®

*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500   Fax: 212-477-4912
www.newyork.bbb.org

### BBB of New York Department of Information and Investigations

himself as the president of BenHur, however he was extremely
rude. I received 2 calls that the items would be on on the
truck and they were never put on the truck and the manager
(Orfer) would not explain why. When I unpacked I discovered my
laptop had been smashed. I believe this is because I compained
to the company. My laptop is $1,500.00 to replace and/or get
repaired. I believe that smashing my laptop was done out of
anger.

*Settlement Sought*

Replacement - I would like my smashed laptop to be replaced. I believe it was
smashed due to my complaints of service.

*Business Response*

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 month
the Bureau's standard reporting period.

BBB Case No.   580157              Date Printed   01/06/2006        Mediator:  Burton Strumpf



# Better Business Bureau ®
*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500    Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

| | |
|---|---|
| *Primary Name of Business* | Ben Hur Moving & Storage, Inc. |
| *Business Address* | 140 West 83rd Street, New York, NY 10024 |
| *Main Business Phone* | (718) 742-4444 |
| *Information from Consumer* | Additional Firm Info:<br>-Phone No: 7187424444<br>-Web Site: http://www.benhur.com |

| | |
|---|---|
| *Consumer Name* | Karen Bertiger |
| *Consumer Address* | 103 Narcissus Lane, Madison, AL 35758 |
| *Consumer Phone* | *Day*  (256) 325-9054      *Night*  (917) 821-8675 |

| | | | |
|---|---|---|---|
| *Dates:* Purchased | 11/04/2003 | | |
| Problem First Occurred | 12/06/2003 | *Purchase Price* | $1,845.00 |
| Complaint Received | 12/19/2003 | *Amount in Dispute* | $0.00 |
| Complaint Closed | 03/16/2004 | | |

| | |
|---|---|
| *Closing Status* | In Conciliation |
| *Customer Service Rep* | Mr. David Lloyd |
| *Product or Service* | Long distance move |

*Additional Purchase Information*

Additional Purchase Info:
-Model No: 108044
-Payment Made: Partial Payment Made
-Payment Method: Credit Card
Dates Complained to Firm: 12/8/2003, 12/9/2003, 12/16/2003
Customer Service Rep: Mr. Offil

*Description of Problem*

I contracted Ben Hur to move my belongings from New York City to Madison, AL on November 4, 2003. I was told by the salesperson, David Lloyd, that the move would take 10 days maximum, but typically between 5 and 7. I have called Ben Hur regarding the delivery of my belongings on: Dec 5, Dec 8, Dec 9, Dec 10, Dec 16 and Dec 19th. I have been promised, over this period of time, a delivery date of: Dec 12, Dec 13, Dec 20, and Dec 21st. Today I was informed by a truck driver, Ami,

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 months the Bureau's standard reporting period.

BBB Case No.   582199          Date Printed   01/06/2006        Mediator:  Burton Strumpf



# Better Business Bureau ®
### *Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500   Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

that my posessions are still in New York. Offil, the
dispatcher with whom I have primarily been dealing and who has
promised me the above string of delivery dates, would not take
my calls today. I have been told now that delivery will not be
until after December 25th. However based on my experience thus
far I do not trust any dates or promises they give me. I
expected to have my belongings three weeks ago. I am now
concerned that Ben Hur has no intention of returning my
posessions. They have charged my credit card $1100 and there
is a balance due of $745.56. I have tried to reach the
president of the company and Zurry, the #2 person at the
company but neither will return my calls. They are holding
everything I own, except for the few things I brought in a
suitcase, expecting I would need supplies for only a week.
Obviously the most important issue is that they return my
belongings. The second is that I be issued a substantial
credit for the upset they have caused my life, and the
additional expenses I have incurred due to not having my
belongings for so long. In addition I am now suffering back
pain from living off the floor for so long, and my Christmas is
ruined because I am unable to entertain, I have none of my
clothing, etc. In addition, I have been unable to look for a
job in my new town because the movers are holding my interview
suits, resume materials, and other things necessary to seek out
a job. This whole situation has caused me considerable
discomfort and grief.

## Settlement Sought

Other (requires explanation) - I would like my belongings returned to me ASAP. I do not want
to pay the balance of $745 and would like a partial refund of
the $1100 they have already charged my credit card.

## Business Response

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 month;
the Bureau's standard reporting period.

BBB Case No.   582199          Date Printed   01/06/2006      Mediator:  Burton Strumpf



# Better Business Bureau ®

*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500   Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

| | |
|---|---|
| *Primary Name of Business* | Ben Hur Moving & Storage, Inc. |
| *Business Address* | 140 West 83rd Street, New York, NY 10024 |
| *Main Business Phone* | (718) 742-4444 |
| *Information from Consumer* | Additional Firm Info:<br>-Phone No: 7187424444 |

| | |
|---|---|
| *Consumer Name* | Vanessa Percoco |
| *Consumer Address* | 14 Collins Road, Ashaway, RI 02804 |
| *Consumer Phone* | *Day* (516) 707-8709        *Night* -- |

| | | | |
|---|---|---|---|
| *Dates:* Purchased | | | |
| Problem First Occurred | | *Purchase Price* | $0.00 |
| Complaint Received | 09/07/2005 | *Amount in Dispute* | $0.00 |
| Complaint Closed | | | |

| | |
|---|---|
| *Closing Status* | Pending |
| *Customer Service Rep* | |
| *Product or Service* | |
| *Additional Purchase Information* | |
| | Customer Service Rep: Mr. Troy |

### Description of Problem

I was suppose to move from New York to Rhode Island. I hired
Ben Hur to move my furniture. They called me the day before to
confirm. On Aug 28 when they did not show up at the 8:00 A.M.,
I called them at 8:30. They said the truck left a half hour
ago. At 9:30 the truck called asking me for directions to my
apartment. They called a half hour later in an area where if
they looked at a map, they would have realized they they took
an extremely long round about way to my apartment. An hour and
a half later they called to say the truck was broken. After
many phone calls, by 2:30 they asked if they could move me
tomorrow. I told them this was unacceptable and I would like
to speak to a manager. They said that the manager was not in
on a Sunday. I told them to have the manager speak to me first

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 month
the Bureau's standard reporting period.

BBB Case No.  648621          Date Printed  01/13/2006      Mediator: Burton Strumpf

# Better Business Bureau ®

*Serving Metropolitan New York*

257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500   Fax: 212-477-4912
www.newyork.bbb.org

BBB of New York Department of Information and Investigations

thing that morning.  The next morning, the moving man Xavier
calls me at 7:30 A.M. and tells me they are on their way.  I
told them that I need to speak to a manager.  They never let me
speak to a manager and I spoke to a dispatcher name Mike who
told me that three guys are on their way on how wonderful they
are.  He did not even apologize or offer me a discount.  I told
them I would accept nothing less than a 20% discount, and that
there was absolutely no negotiating.  After a few minutes on
hold he agreed.  I then thought about and discussed my options
with my fiance'.  We decided to do it ourselves and we did.
This is no way to run a business.  I felt manipulated and I
really feel that they thought I had no choice in using them and
they thought they 'had me.'  They called me asking for
directions and kept making up different excuses for not being
able to come.  If they were honest from the beginning, I would
not feel the need to file a formal complaint.  Moving is
stressful enough, Ben Hur did not make it any easier for me.  I
hope people will read this and think twice about this company.

*Settlement Sought*

Not Applicable - I did not use them and moved myself instead.  Most families and
individuals would not have the same option that I did.

*Business Response*

This complaint was filed with the BBB of Metropolitan New York against the above mentioned firm during the past 36 month
the Bureau's standard reporting period.

BBB Case No.   648621                    Date Printed   01/13/2006        Mediator:  Burton Strumpf

**Exhibit D**

Contact Us    Find a BBB    Site Map    Text Size    Search    Enter Search Term    GO

For Consumers

For Businesses

For Charities and Donors    In Connecticut

About Us

News Center



Find information you're looking for.    I want to...

Home   About Us   Frequently Asked Questions

**About Us**

Vision, Mission and Values

BBB Structure

Frequently Asked Questions

Employment

Annual Reports

Find a BBB

Local Events

# Frequently Asked Questions

See Also: BBB: What We Can Do For Your Business!

## BBB Accredited Business

**Is BBB Accreditation new?**
**Does BBB Accreditation mean something different from BBB membership?**
**What are the BBB standards against which businesses that request are evaluated?**
**Do BBBs monitor Accredited Businesses for continuing compliance with standards?**

## Check out a Business

**Why do I have to call a BBB long distance to get a report on a business?**
**Why won't the BBB recommend a reputable business for me to deal with?**
**Why doesn't the BBB report on private actions and small claims court actions against businesses?**
**Doesn't the BBB only report on accredited businesses?**

## Complaints

**If BBB funding comes from business, how can the BBB be fair to the consumer?**
**How can a BBB be unbiased when it gets a complaint about an accredited business?**
**I filed a complaint with the BBB. The business has not responded. Why can't the BBB make a business satisfy my complaint?**
**I called the BBB and was told that what I'm asking from the business is unreasonable. Isn't the BBB supposed to be on the consumer's side?**
**The BBB is allowing a customer to file what I feel is an unfair complaint about my business. I'm a BBB accredited business; aren't you supposed to be on my side?**
**What good is the BBB if it can't help me resolve my problem?**

## Services

**Doesn't the BBB give credit reports?**
**Isn't the BBB the same as a Chamber of Commerce?**
**Can the BBB help me collect past due accounts?**
**Why can't the BBB stop rip-offs and scams?**

## BBB Accredited Business

Is BBB Accreditation new?

Yes.  Prior to October 1, 2007, BBB Accredited Businesses referred to themselves as BBB members.

Does BBB Accreditation mean something different from BBB membership?

No.  The two are synonyms.  From BBB inception, businesses that apply to the BBB have undergone a detailed review process and committed to abide by a set of

ethical standards for marketplace conduct.

What are the BBB standards against which businesses that request are evaluated?

The standards are a comprehensive set of best practices for how businesses should treat the public in a fair and honest manner.

Do BBBs monitor Accredited Businesses for continuing compliance with standards?

Yes. Every BBB Accredited Business is monitored for continuing adherence to BBB standards.

### Check out a Business

Why do I have to call a BBB long distance to get a report on a business?

There are 128 BBB offices in the U.S., Canada and Puerto Rico. Each office maintains files on businesses headquartered in its service area, which may extend as far as a 200 mile radius. BBBs have the most current information on businesses from their complaint files, plus additional information gathered from various area sources such as local, state and federal government agencies. BBBs also carry reports on national businesses. The good news is - you no longer have to call us for information. Every BBB in the U.S. and Canada posts its reliability reports on the web, and you can locate a report via our central lookup screen at http://search.bbb.org. In addition, BBB representatives are available to assist you on the phones during normal business hours.

Why won't the BBB recommend a reputable business for me to deal with?

The basic policy of the BBB is to refrain from recommending or endorsing any business, product or service. This is done to ensure continued public trust in our fairness.

BBB accredited businesses must meet certain standards to qualify for accredited business status and to remain an accredited business. Many BBBs publish their entire accredited business list, or you may request a list of BBB accredited businesses in a specific business category. Reliability reports from most BBBs also state whether a business is accredited.

Why doesn't the BBB report on private actions and small claims court actions against businesses?

BBB reliability reports contain information on actions against businesses and/or their principals brought by government agencies that allege violations of laws or regulations relevant to marketplace activities and that are relevant to consumer's buying decisions. Private civil actions between businesses, or between businesses and their customers, do not necessarily involve violations of law and involve private disputes that cannot fairly or meaningfully be reported to the public.

Doesn't the BBB report only on its accredited businesses?

No. BBBs issue reports on accredited businesses and non accredited businesses alike. We, as a matter of policy do not endorse or recommend any business, product or service, apply the same standards to reporting on businesses, regardless of their BBB accredited business status. Our reports may, however, note the fact of a business' accredited status in the BBB.

Because BBB accredited businesses must qualify for accredited business status by adhering to certain standards, a business with a bad report will be disqualified for accredited business status. However, this does NOT mean that a business that is not an accredited business has a bad report or would not qualify for accredited business status.

### Complaints

If all your funding comes from business, how can you be fair to the consumer?

The BBBs value to the business community is based on our neutrality. Our purpose is not to act as an advocate for businesses or consumers, but to act as a mutually trusted intermediary to resolve disputes, to facilitate communication, and to provide information on ethical business practices. Businesses have supported the BBB for over 80 years because an ethical marketplace is in everyone's best interest.

How can a BBB be unbiased when it gets a complaint about an accredited

business?

The BBBs integrity is on the line every time we review and process a complaint. If we were to favor an accredited business over a non-accredited business in a complaint, such action would destroy our most valuable asset-- the public trust that we have held for over 80 years. Our accredited businesses support us because they know we will act as a neutral third party, giving them an opportunity to learn of and respond to customer problems.

I filed a complaint with the BBB. The business has not responded. Why can't the BBB make a business satisfy my complaint?

When a BBB receives a complaint, we present the complaint to the business and request its assistance in working out the problem with the unhappy customer. Most businesses are grateful for the opportunity to resolve problems with their customers since it often means their patronage will be preserved.

BBB accredited businesses agree to respond to consumer complaints presented by the BBB, and lose their accredited business status if they do not. Most other businesses, regardless of whether they are BBB accredited businesses, also cooperate with the BBB.

However, some businesses do not want to work with the BBB and/or their customers to resolve complaints. Because we are not a government or law enforcement agency, we cannot force a reply from a business; nor can we administer sanctions. However, a business' unwillingness to respond to us or a customer will be noted in the business' reliability report we provide to the public. The customer is free to pursue other alternatives such as legal action.

I called the BBB and was told that what I'm asking from the business is unreasonable. Isn't the BBB supposed to be on the consumer's side?

The BBB is neutral, working to promote an ethical marketplace. It tries to seek a mutually satisfactory outcome in disputes between business and customers. Businesses and customers both have rights and responsibilities in the marketplace. We try to do what's right, rather than take sides.

The BBB is allowing a customer to file what I feel is an unfair complaint about my business. I'm an accredited business of the BBB; aren't you supposed to be on my side?

No. While the BBB is supported by the dues paid by accredited businesses, it remains impartial and does not take sides in disputes between customers and businesses, whether accredited businesses or not.

What good is the BBB if it can't help me resolve my problem?

BBBs can help solve consumer/business problems. As private non-profit organizations, however, they cannot force a solution on parties to a dispute. Most BBBs do offer mediation and arbitration to help resolve consumer disputes, which can save both businesses and consumers the time and expense of going to court.

We do a lot more than help settle disputes. Through the support of their accredited businesses, BBBs work for an ethical marketplace by maintaining standards for truthful advertising, investigating and exposing fraud against consumers and businesses and providing information to consumers *before* they purchase products and services.

**Services**

Doesn't the BBB give credit reports?

The BBB reports on a business' marketplace practices. It does not report either individual or business credit information. Our reliability reports contain information about the nature of the business, its principal officers, a three-year summary of any complaints processed, and any government action involving the business' marketplace practices. Most BBBs will also report a business' accredited business status in its public report and note whether it participates in any special BBB programs to improve customer satisfaction.

Isn't the BBB the same as a Chamber of Commerce?

No. BBBs work closely with Chambers of Commerce in their communities, but have

different purposes. Chambers are designed to PROMOTE their communities through economic development and other activities. BBBs exist to PROTECT the citizens and businesses in the communities they serve, and to work to promote an ethical marketplace.

Can the BBB help me collect past due accounts?

Although some BBBs have specialized programs to help resolve complaints that result in non-payment of bills, we do not operate as collection agencies for individuals or businesses.

Why can't the BBB stop rip-offs and scams?

Many times, BBBs do. Although we do not have legal and policing powers, we provide information about marketplace fraud through scam reports to the public, media releases and alerts.

BBBs work closely with local, state and federal law enforcement agencies, providing them with valuable information on potentially fraudulent activities. Many times we are the first organization to know about a developing scam and alert authorities and the public. When a scam develops in one part of the country, the news travels quickly between BBBs in the U.S., Canada and Puerto Rico that in turn alert the public in their communities.

The public can help to stop rip-offs and scams by contacting us before they do business with an unknown company and by notifying us of a potential scam. If it sounds too good to be true, it probably is.

Privacy Policy    Trademarks    Terms of Use

© 2008 Council of Better Business Bureaus

Contact Us   Find a BBB   Site Map   Text Size   Search   | Enter Search Term |   GO



For Consumers

For Businesses

For Charities and Donors                    **In the state of New Jersey**

About Us

News Center

Find information you're looking for.  | I want to... |

Home   About Us   Frequently Asked Questions

**About Us**

Vision, Mission and Values

BBB Structure

Frequently Asked Questions

Employment

Annual Reports

Find a BBB

# Frequently Asked Questions

See Also: <u>BBB: What We Can Do For Your Business!</u>

### BBB Accredited Business

**Is BBB Accreditation new?**
**Does BBB Accreditation mean something different from BBB membership?**
**What are the BBB standards against which businesses that request are evaluated?**
**Do BBBs monitor Accredited Businesses for continuing compliance with standards?**

### Check out a Business

**Why do I have to call a BBB long distance to get a report on a business?**
**Why won't the BBB recommend a reputable business for me to deal with?**
**Why doesn't the BBB report on private actions and small claims court actions against businesses?**
**Doesn't the BBB only report on accredited businesses?**

### Complaints

**If BBB funding comes from business, how can the BBB be fair to the consumer?**
**How can a BBB be unbiased when it gets a complaint about an accredited business?**
**I filed a complaint with the BBB. The business has not responded. Why can't the BBB make a business satisfy my complaint?**
**I called the BBB and was told that what I'm asking from the business is unreasonable. Isn't the BBB supposed to be on the consumer's side?**
**The BBB is allowing a customer to file what I feel is an unfair complaint about my business. I'm a BBB accredited business; aren't you supposed to be on my side?**
**What good is the BBB if it can't help me resolve my problem?**

### Services

**Doesn't the BBB give credit reports?**
**Isn't the BBB the same as a Chamber of Commerce?**
**Can the BBB help me collect past due accounts?**
**Why can't the BBB stop rip-offs and scams?**

### BBB Accredited Business

Is BBB Accreditation new?

Yes.  Prior to October 1, 2007, BBB Accredited Businesses referred to themselves as BBB members.

Does BBB Accreditation mean something different from BBB membership?

No.  The two are synonyms.  From BBB inception, businesses that apply to the BBB have undergone a detailed review process and committed to abide by a set of

ethical standards for marketplace conduct.

What are the BBB standards against which businesses that request are evaluated?

The standards are a comprehensive set of best practices for how businesses should treat the public in a fair and honest manner.

Do BBBs monitor Accredited Businesses for continuing compliance with standards?

Yes. Every BBB Accredited Business is monitored for continuing adherence to BBB standards.

### Check out a Business

Why do I have to call a BBB long distance to get a report on a business?

There are 128 BBB offices in the U.S., Canada and Puerto Rico. Each office maintains files on businesses headquartered in its service area, which may extend as far as a 200 mile radius. BBBs have the most current information on businesses from their complaint files, plus additional information gathered from various area sources such as local, state and federal government agencies. BBBs also carry reports on national businesses. The good news is - you no longer have to call us for information. Every BBB in the U.S. and Canada posts its reliability reports on the web, and you can locate a report via our central lookup screen at http://search.bbb.org. In addition, BBB representatives are available to assist you on the phones during normal business hours.

Why won't the BBB recommend a reputable business for me to deal with?

The basic policy of the BBB is to refrain from recommending or endorsing any business, product or service. This is done to ensure continued public trust in our fairness.

BBB accredited businesses must meet certain standards to qualify for accredited business status and to remain an accredited business. Many BBBs publish their entire accredited business list, or you may request a list of BBB accredited businesses in a specific business category. Reliability reports from most BBBs also state whether a business is accredited.

Why doesn't the BBB report on private actions and small claims court actions against businesses?

BBB reliability reports contain information on actions against businesses and/or their principals brought by government agencies that allege violations of laws or regulations relevant to marketplace activities and that are relevant to consumer's buying decisions. Private civil actions between businesses, or between businesses and their customers, do not necessarily involve violations of law and involve private disputes that cannot fairly or meaningfully be reported to the public.

Doesn't the BBB report only on its accredited businesses?

No. BBBs issue reports on accredited businesses and non accredited businesses alike. We, as a matter of policy do not endorse or recommend any business, product or service, apply the same standards to reporting on businesses, regardless of their BBB accredited business status. Our reports may, however, note the fact of a business' accredited status in the BBB.

Because BBB accredited businesses must qualify for accredited business status by adhering to certain standards, a business with a bad report will be disqualified for accredited business status. However, this does NOT mean that a business that is not an accredited business has a bad report or would not qualify for accredited business status.

### Complaints

If all your funding comes from business, how can you be fair to the consumer?

The BBBs value to the business community is based on our neutrality. Our purpose is not to act as an advocate for businesses or consumers, but to act as a mutually trusted intermediary to resolve disputes, to facilitate communication, and to provide information on ethical business practices. Businesses have supported the BBB for over 80 years because an ethical marketplace is in everyone's best interest.

How can a BBB be unbiased when it gets a complaint about an accredited

business?

The BBBs integrity is on the line every time we review and process a complaint. If we were to favor an accredited business over a non-accredited business in a complaint, such action would destroy our most valuable asset-- the public trust that we have held for over 80 years. Our accredited businesses support us because they know we will act as a neutral third party, giving them an opportunity to learn of and respond to customer problems.

I filed a complaint with the BBB. The business has not responded. Why can't the BBB make a business satisfy my complaint?

When a BBB receives a complaint, we present the complaint to the business and request its assistance in working out the problem with the unhappy customer. Most businesses are grateful for the opportunity to resolve problems with their customers since it often means their patronage will be preserved.

BBB accredited businesses agree to respond to consumer complaints presented by the BBB, and lose their accredited business status if they do not. Most other businesses, regardless of whether they are BBB accredited businesses, also cooperate with the BBB.

However, some businesses do not want to work with the BBB and/or their customers to resolve complaints. Because we are not a government or law enforcement agency, we cannot force a reply from a business; nor can we administer sanctions. However, a business' unwillingness to respond to us or a customer will be noted in the business' reliability report we provide to the public. The customer is free to pursue other alternatives such as legal action.

I called the BBB and was told that what I'm asking from the business is unreasonable. Isn't the BBB supposed to be on the consumer's side?

The BBB is neutral, working to promote an ethical marketplace. It tries to seek a mutually satisfactory outcome in disputes between business and customers. Businesses and customers both have rights and responsibilities in the marketplace. We try to do what's right, rather than take sides.

The BBB is allowing a customer to file what I feel is an unfair complaint about my business. I'm an accredited business of the BBB; aren't you supposed to be on my side?

No. While the BBB is supported by the dues paid by accredited businesses, it remains impartial and does not take sides in disputes between customers and businesses, whether accredited businesses or not.

What good is the BBB if it can't help me resolve my problem?

BBBs can help solve consumer/business problems. As private non-profit organizations, however, they cannot force a solution on parties to a dispute. Most BBBs do offer mediation and arbitration to help resolve consumer disputes, which can save both businesses and consumers the time and expense of going to court.

We do a lot more than help settle disputes. Through the support of their accredited businesses, BBBs work for an ethical marketplace by maintaining standards for truthful advertising, investigating and exposing fraud against consumers and businesses and providing information to consumers *before* they purchase products and services.

**Services**

Doesn't the BBB give credit reports?

The BBB reports on a business' marketplace practices. It does not report either individual or business credit information. Our reliability reports contain information about the nature of the business, its principal officers, a three-year summary of any complaints processed, and any government action involving the business' marketplace practices. Most BBBs will also report a business' accredited business status in its public report and note whether it participates in any special BBB programs to improve customer satisfaction.

Isn't the BBB the same as a Chamber of Commerce?

No. BBBs work closely with Chambers of Commerce in their communities, but have

different purposes. Chambers are designed to PROMOTE their communities through economic development and other activities. BBBs exist to PROTECT the citizens and businesses in the communities they serve, and to work to promote an ethical marketplace.

Can the BBB help me collect past due accounts?

Although some BBBs have specialized programs to help resolve complaints that result in non-payment of bills, we do not operate as collection agencies for individuals or businesses.

Why can't the BBB stop rip-offs and scams?

Many times, BBBs do. Although we do not have legal and policing powers, we provide information about marketplace fraud through scam reports to the public, media releases and alerts.

BBBs work closely with local, state and federal law enforcement agencies, providing them with valuable information on potentially fraudulent activities. Many times we are the first organization to know about a developing scam and alert authorities and the public. When a scam develops in one part of the country, the news travels quickly between BBBs in the U.S., Canada and Puerto Rico that in turn alert the public in their communities.

The public can help to stop rip-offs and scams by contacting us before they do business with an unknown company and by notifying us of a potential scam. If it sounds too good to be true, it probably is.

Privacy Policy    Trademarks    Terms of Use

© 2008 Council of Better Business Bureaus

Español    Contact Us    Find a BBB    Site Map    Text Size    Search    [Enter Search Term]    GO

For Consumers

For Businesses

For Charities and Donors

In Metropolitan New York, Long Island, and the
Mid-Hudson Region

About Us

News Center

Find information you're looking for.   I want to...

Home   About Us   Frequently Asked Questions

**About Us**

Vision, Mission and Values

BBB Structure

Frequently Asked Questions

What Does the BBB Do?

Employment

Annual Reports

# Frequently Asked Questions

See Also: BBB: What We Can Do For Your Business!

**BBB Accredited Business**

**Is BBB Accreditation new?**
**Does BBB Accreditation mean something different from BBB membership?**
**What are the BBB standards against which businesses that request are evaluated?**
**Do BBBs monitor Accredited Businesses for continuing compliance with standards?**

**Check out a Business**

**Why do I have to call a BBB long distance to get a report on a business?**
**Why won't the BBB recommend a reputable business for me to deal with?**
**Why doesn't the BBB report on private actions and small claims court actions against businesses?**
**Doesn't the BBB only report on accredited businesses?**

**Complaints**

**If BBB funding comes from business, how can the BBB be fair to the consumer?**
**How can a BBB be unbiased when it gets a complaint about an accredited business?**
**I filed a complaint with the BBB. The business has not responded. Why can't the BBB make a business satisfy my complaint?**
**I called the BBB and was told that what I'm asking from the business is unreasonable. Isn't the BBB supposed to be on the consumer's side?**
**The BBB is allowing a customer to file what I feel is an unfair complaint about my business. I'm a BBB accredited business; aren't you supposed to be on my side?**
**What good is the BBB if it can't help me resolve my problem?**

**Services**

**Doesn't the BBB give credit reports?**
**Isn't the BBB the same as a Chamber of Commerce?**
**Can the BBB help me collect past due accounts?**
**Why can't the BBB stop rip-offs and scams?**

**BBB Accredited Business**

Is BBB Accreditation new?

Yes.  Prior to October 1, 2007, BBB Accredited Businesses referred to themselves as BBB members.

Does BBB Accreditation mean something different from BBB membership?

No.  The two are synonyms.  From BBB inception, businesses that apply to the BBB have undergone a detailed review process and committed to abide by a set of

ethical standards for marketplace conduct.

What are the BBB standards against which businesses that request are evaluated?

The standards are a comprehensive set of best practices for how businesses should treat the public in a fair and honest manner.

Do BBBs monitor Accredited Businesses for continuing compliance with standards?

Yes. Every BBB Accredited Business is monitored for continuing adherence to BBB standards.

### Check out a Business

Why do I have to call a BBB long distance to get a report on a business?

There are 128 BBB offices in the U.S., Canada and Puerto Rico. Each office maintains files on businesses headquartered in its service area, which may extend as far as a 200 mile radius. BBBs have the most current information on businesses from their complaint files, plus additional information gathered from various area sources such as local, state and federal government agencies. BBBs also carry reports on national businesses. The good news is - you no longer have to call us for information. Every BBB in the U.S. and Canada posts its reliability reports on the web, and you can locate a report via our central lookup screen at http://search.bbb.org. In addition, BBB representatives are available to assist you on the phones during normal business hours.

Why won't the BBB recommend a reputable business for me to deal with?

The basic policy of the BBB is to refrain from recommending or endorsing any business, product or service. This is done to ensure continued public trust in our fairness.

BBB accredited businesses must meet certain standards to qualify for accredited business status and to remain an accredited business. Many BBBs publish their entire accredited business list, or you may request a list of BBB accredited businesses in a specific business category. Reliability reports from most BBBs also state whether a business is accredited.

Why doesn't the BBB report on private actions and small claims court actions against businesses?

BBB reliability reports contain information on actions against businesses and/or their principals brought by government agencies that allege violations of laws or regulations relevant to marketplace activities and that are relevant to consumer's buying decisions. Private civil actions between businesses, or between businesses and their customers, do not necessarily involve violations of law and involve private disputes that cannot fairly or meaningfully be reported to the public.

Doesn't the BBB report only on its accredited businesses?

No. BBBs issue reports on accredited businesses and non accredited businesses alike. We, as a matter of policy do not endorse or recommend any business, product or service, apply the same standards to reporting on businesses, regardless of their BBB accredited business status. Our reports may, however, note the fact of a business' accredited status in the BBB.

Because BBB accredited businesses must qualify for accredited business status by adhering to certain standards, a business with a bad report will be disqualified for accredited business status. However, this does NOT mean that a business that is not an accredited business has a bad report or would not qualify for accredited business status.

### Complaints

If all your funding comes from business, how can you be fair to the consumer?

The BBBs value to the business community is based on our neutrality. Our purpose is not to act as an advocate for businesses or consumers, but to act as a mutually trusted intermediary to resolve disputes, to facilitate communication, and to provide information on ethical business practices. Businesses have supported the BBB for over 80 years because an ethical marketplace is in everyone's best interest.

How can a BBB be unbiased when it gets a complaint about an accredited

business?

The BBBs integrity is on the line every time we review and process a complaint. If we were to favor an accredited business over a non-accredited business in a complaint, such action would destroy our most valuable asset-- the public trust that we have held for over 80 years. Our accredited businesses support us because they know we will act as a neutral third party, giving them an opportunity to learn of and respond to customer problems.

I filed a complaint with the BBB. The business has not responded. Why can't the BBB make a business satisfy my complaint?

When a BBB receives a complaint, we present the complaint to the business and request its assistance in working out the problem with the unhappy customer. Most businesses are grateful for the opportunity to resolve problems with their customers since it often means their patronage will be preserved.

BBB accredited businesses agree to respond to consumer complaints presented by the BBB, and lose their accredited business status if they do not. Most other businesses, regardless of whether they are BBB accredited businesses, also cooperate with the BBB.

However, some businesses do not want to work with the BBB and/or their customers to resolve complaints. Because we are not a government or law enforcement agency, we cannot force a reply from a business; nor can we administer sanctions. However, a business' unwillingness to respond to us or a customer will be noted in the business' reliability report we provide to the public. The customer is free to pursue other alternatives such as legal action.

I called the BBB and was told that what I'm asking from the business is unreasonable. Isn't the BBB supposed to be on the consumer's side?

The BBB is neutral, working to promote an ethical marketplace. It tries to seek a mutually satisfactory outcome in disputes between business and customers. Businesses and customers both have rights and responsibilities in the marketplace. We try to do what's right, rather than take sides.

The BBB is allowing a customer to file what I feel is an unfair complaint about my business. I'm an accredited business of the BBB; aren't you supposed to be on my side?

No. While the BBB is supported by the dues paid by accredited businesses, it remains impartial and does not take sides in disputes between customers and businesses, whether accredited businesses or not.

What good is the BBB if it can't help me resolve my problem?

BBBs can help solve consumer/business problems. As private non-profit organizations, however, they cannot force a solution on parties to a dispute. Most BBBs do offer mediation and arbitration to help resolve consumer disputes, which can save both businesses and consumers the time and expense of going to court.

We do a lot more than help settle disputes. Through the support of their accredited businesses, BBBs work for an ethical marketplace by maintaining standards for truthful advertising, investigating and exposing fraud against consumers and businesses and providing information to consumers *before* they purchase products and services.

**Services**

Doesn't the BBB give credit reports?

The BBB reports on a business' marketplace practices. It does not report either individual or business credit information. Our reliability reports contain information about the nature of the business, its principal officers, a three-year summary of any complaints processed, and any government action involving the business' marketplace practices. Most BBBs will also report a business' accredited business status in its public report and note whether it participates in any special BBB programs to improve customer satisfaction.

Isn't the BBB the same as a Chamber of Commerce?

No. BBBs work closely with Chambers of Commerce in their communities, but have

different purposes. Chambers are designed to PROMOTE their communities through economic development and other activities. BBBs exist to PROTECT the citizens and businesses in the communities they serve, and to work to promote an ethical marketplace.

Can the BBB help me collect past due accounts?

Although some BBBs have specialized programs to help resolve complaints that result in non-payment of bills, we do not operate as collection agencies for individuals or businesses.

Why can't the BBB stop rip-offs and scams?

Many times, BBBs do. Although we do not have legal and policing powers, we provide information about marketplace fraud through scam reports to the public, media releases and alerts.

BBBs work closely with local, state and federal law enforcement agencies, providing them with valuable information on potentially fraudulent activities. Many times we are the first organization to know about a developing scam and alert authorities and the public. When a scam develops in one part of the country, the news travels quickly between BBBs in the U.S., Canada and Puerto Rico that in turn alert the public in their communities.

The public can help to stop rip-offs and scams by contacting us before they do business with an unknown company and by notifying us of a potential scam. If it sounds too good to be true, it probably is.

**What Does the BBB Do?**

Privacy Policy          Trademarks          Terms of Use

© 2008 Council of Better Business Bureaus