UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

BEN HUR MOVING & STORAGE, INC.,      08-CIV-6572 (JGK)

                 Plaintiff,

                                                 **CERTIFICATE OF SERVICE**

- against -

THE BETTER BUSINESS BUREAU OF
METROPOLITAN NEW YORK INCORPORATED,
THE BETTER BUSINESS BUREAU, INC., d/b/a
THE BETTER BUSINESS BUREAU SERVING
METROPOLITAN NEW YORK, d/b/a BBB OF
METROPOLITAN NEW YORK, INC. a/k/a BBB,
a/k/a BETTER BUSINESS BUREAU,

                 Defendants.
------------------------------------------------------X

      On August 8, 2008, I served a true copy of the annexed Memorandum of Law and Supplemental Affidavit by mailing same in a sealed envelope with pre-paid, first class postage, deposited in an official depository of the U.S. Postal Service addressed to the following addressee(s):

To:    C. MacNeil Mitchell, Esq.
        Winston & Strawn LLP
        200 Park Avenue
        New York, New York 10166-4193
        *Attorneys for Defendant BBB.*

Dated: New York, New York
          August 8, 2008

                                                  SANTAMARINA & ASSOCIATES

                                                By: Gil Santamarina, Esq. (GS-2689)
                                                Attorneys for Plaintiff
                                                260 Madison Avenue, 18th Floor
                                                New York, New York 10016
                                                (212) 965-1678