UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
BEN HUR MOVING & STORAGE, INC., :
:
               Plaintiff, :
  - against- :
: 08 Civ. 6572 (JGK)
THE BETTER BUSINESS BUREAU OF :
METROPOLITAN NEW YORK INCORPORATED, :
THE BETTER BUSINESS BUREAU, INC., d/b/a : **CERTIFICATE OF SERVICE**
THE BETTER BUSINESS BUREAU SERVING :
METROPOLITAN NEW YORK, d/b/a BBB OF :
METROPOLITAN NEW YORK, INC. a/k/a BBB, :
a/k/a BETTER BUSINESS BUREAU, a/k/a THE :
BETTER BUSINESS BUREAU OF THE :
STATE OF NEW YORK, INC., :
:
               Defendants. :
---------------------------------------------------------------- x

    I hereby affirm under penalties of perjury the following:

    1.    I am an attorney with the firm of Winston & Strawn LLP, 200 Park Avenue, New York, New York, counsel for Defendant The Better Business Bureau of Metropolitan New York Inc.

    2.    On August 8, 2008, the Memorandum of Law in Support of Defendant The Better Business Bureau of Metropolitan New York Inc.'s Motion To Dismiss the Complaint was served via electronic filing in the Southern District of New York's CM/ECF system and via U.S. Postal Service to the following:

                                       Gil Santamarina, Esq.
                                       Santamarina & Associates
                                       260 Madison Avenue, 18th Floor
                                       New York, NY 10016

                                       *Counsel for plaintiff*

Dated: August 8, 2008                                  /s/ Ruth A. Braun
      New York, New York                           _____
                                                   Ruth A. Braun