UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| BEN HUR MOVING & STORAGE, INC., | : |
| | : |
|         Plaintiff, | : |
|   - against- | :   08 Civ. 6572 (JGK) |
| | : |
| THE BETTER BUSINESS BUREAU OF | : |
| METROPOLITAN NEW YORK INCORPORATED, | :   **RULE 7.1 DISCLOSURE** |
| THE BETTER BUSINESS BUREAU, INC., d/b/a | :   **STATEMENT OF DEFENDANT** |
| THE BETTER BUSINESS BUREAU SERVING | :   **THE BETTER BUSINESS BUREAU OF** |
| METROPOLITAN NEW YORK, d/b/a BBB OF | :   <u>**METROPOLITAN NEW YORK INC.**</u> |
| METROPOLITAN NEW YORK, INC. a/k/a BBB, | : |
| a/k/a BETTER BUSINESS BUREAU, a/k/a THE | : |
| BETTER BUSINESS BUREAU OF THE | : |
| STATE OF NEW YORK, INC., | : |
| | : |
|         Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for The Better Business Bureau of Metropolitan New York Inc. ("BBB") certifies that BBB is a New York not-for-profit corporation which does not have a parent company, and further certifies that there is no authorized or outstanding stock in BBB.

Dated: August 11, 2008
       New York, New York

                                                               Respectfully submitted,

                                                               WINSTON & STRAWN LLP

                                                                    /s/
                                                               By:    C. MacNeil Mitchell
                                                                        (cmitchel@winston.com)

                                                              200 Park Avenue
                                                              Ph: 212-294-6700
                                                              Fax: 212-294-4700

                                                              *Attorneys for Defendant*
                                                              *The Better Business Bureau*
                                                             *Of Metropolitan New York Inc.*