UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK
------------------------------------------------------------x

BEN HUR MOVING & STORAGE, INC.,

                Plaintiff,

- against -

THE BETTER BUSINESS BUREAU OF
METROPOLITAN NEW YORK INCORPORATED,
THE BETTER BUSINESS BUREAU, INC., d/b/a
THE BETTER BUSINESS BUREAU SERVING
METROPOLITAN NEW YORK, d/b/a BBB OF
METROPOLITAN NEW YORK, INC. a/k/a BBB,
a/k/a BETTER BUSINESS BUREAU, a/k/a THE
BETTER BUSINESS BUREAU OF THE
STATE OF NEW YORK, INC.

                Defendants.

------------------------------------------------------------x



ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/25/08

Case No.:
08-CIV-6572 (JGK)

**STIPULATION**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for both parties, that Plaintiff's opposition papers to Defendant's Motion to Dismiss is to be served on or before September 12, 2008.

      **IT IS FURTHER STIPULATED AND AGREED** that Defendant's opposition papers to Plaintiff's motion for a Preliminary Injunction is to be served on or before September 12, 2008.

      **IT IS FURTHER STIPULATED AND AGREED** that Defendant's reply papers to Plaintiff's opposition to the Defendant's Motion to Dismiss is to be served on or before September 29, 2008.

      **IT IS FURTHER STIPULATED AND AGREED** that Plaintiff's reply papers to Defendant's opposition to the Plaintiff's motion for a Preliminary Injunction is to be served on or before September 29, 2008.

      **IT IS FURTHER STIPULATED AND AGREED** that oral arguments for this matter scheduled before Judge Koeltl, currently set for 4:30 p.m. on September 12, 2008, is hereby adjourned on consent by both parties to October 3, 2008 at 3 p.m., or the next available court date.

      **IT IS FURTHER STIPULATED AND AGREED** that attorneys for Plaintiff shall present this Stipulation to the Court via a faxed correspondence to Chambers.



IT IS FURTHER STIPULATED AND AGREED that facsimile copies of this Stipulation and the signatures contained hereon shall be deemed to be originals.

Dated:     New York, New York
           August 22, 2008

WINSTON & STRAWN LLP

*C. MacNeil Mitchell* (signature)

By: C. MacNeil Mitchell, Esq.
Attorney for Defendant
200 Park Avenue
New York, New York 10166-4193
(212) 294-6700

SANTAMARINA & ASSOCIATES

(signature)

By: Gil Santamarina, Esq. (GS-2689)
Attorneys for Plaintiff
260 Madison Avenue, 17th Floor
New York, New York 10016
(212) 965-1678

So ordered.
8/22/08    (signature) J.G.K.
           U.S.D.J.